IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:19-CR-147 |
| vs. | : | Judge Thomas M. Rose |
| DAVID DONSHE FULTZ, | : | |
| Defendant. | : | |

**DECISION AND ENTRY GRANTING DEFENDANT'S MOTION FOR BRIEF FUNERAL FURLOUGH, UPON CERTAIN STATED CONDITIONS**

The Defendant, presently incarcerated in the Butler County Jail awaiting final disposition currently scheduled for May 26, 2020. A funeral is being held for his grandmother, Mary E. Smith on Monday, March 9, 2020 at Mt. Calvary Baptist Church, 3375 W. Siebenthaler Ave., Dayton, Ohio 45406. The defendant's mother, Anita Smith, is available to transport Mr. Fultz to and from the Butler County Jail, if the Court would grant this funeral furlough. Government does not object.

IT IS THE ORDER OF THE COURT that the Defendant be released to the custody of his mother, **Anita Smith** on **Monday, March 9, 2020 at 10:00 a.m.**, in order that Defendant may attend the funeral of his grandmother. It is further ordered that the defendant return to the Butler County Jail no later than **5:00 p.m. on Monday, March 9, 2020.** Should the officials at the Butler County Jail have any questions as to the authenticity of this document, the undersigned can be reached at 937-512-1600.

IT IS SO ORDERED.

Dated: March 5, 2020

Thomas M. Rose
United States District Judge